# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2756

_____

George W. Carlisle, Jr.,                    *
                                            *
            Appellant,                      *
                                            *   Appeal from the United States
      v.                                    *   District Court for the
                                            *   Eastern District of Missouri.
St. Charles County, HR Department,          *
                                            *        [UNPUBLISHED]
            Appellee.                       *

_____

Submitted: November 7, 2008
Filed: December 4, 2008

_____

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

George Carlisle appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action. Upon careful de novo review, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (standard of review), we conclude that summary judgment was properly granted for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.